■ SADIE LYONS, Respondent, v. MUTUAL BENEFIT LIFE INSURANCE COMPANY et al., Defendants, and ELEANOR PERLMUTTER, Appellant.— In an action to set aside changes of beneficiary of certain insurance policies and for other relief, the appeals are from an order denying appellant's motion to

change the venue and from an order conditionally granting respondent's motion to preclude appellant. Orders affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.